1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     RONALD WATSON,                           No.  2:20-cv-1917-KJM-DMC-P

12                  Plaintiff,

13           v.                                  <u>ORDER</u>

14     JOHN DOE,

15                  Defendant.

16

17            Plaintiff, a prisoner proceeding pro se, brings this civil rights action under

18     42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by

19     Eastern District of California local rules.

20            On December 23, 2020, the Magistrate Judge filed findings and recommendations,

21     which were served on the parties and which contained notice that the parties may file objections

22     within the time specified therein.  No objections to the findings and recommendations have been

23     filed.

24            The court presumes that any findings of fact are correct.  *See Orand v. United*

25     *States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

26     reviewed de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations

27     of law by the magistrate judge are reviewed de novo by both the district court and [the appellate]

28     /////

                                                    1

1    court . . . .").  Having reviewed the file, the court finds the findings and recommendations to be

2    supported by the record and by the proper analysis.

3                    Accordingly, IT IS HEREBY ORDERED that:

4                    1.      The findings and recommendations filed December 23, 2020, are adopted

5    in full;

6                    2.      This action is dismissed, without prejudice, for lack of prosecution and

7    failure to comply with court rules and orders; and

8                    3.      The Clerk of the Court is directed to enter judgment and close this file.

9    DATED:  March 10, 2021.

10

11   _____

12                                CHIEF UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28